**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6118**

_____

ROBERT ANDREW BARTLETT, SR.,

Plaintiff - Appellant,

versus

MARIO MOORE, Prisoner; RICHARD FRYE, Sheriff;
TODD DAVIS, Captain; MARK DODSON, Sergeant,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  James A. Beaty, Jr., District Judge.  (CA-00-482-1)

_____

Submitted:  March 20, 2003          Decided:  March 31, 2003

_____

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert Andrew Bartlett, Sr., Appellant Pro Se. David Iverson Smith, ALAMANCE COUNTY ATTORNEY'S OFFICE, Graham, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Andrew Bartlett, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bartlett v. Moore, No. CA-00-482-1 (M.D.N.C. Dec. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED